

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALFREDO CARRASCO, | § | No. 08-20-00062-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| | § | of El Paso County, Texas |
| CITY OF EL PASO AND EL PASO WATER UTILITIES, | § | (TC# 2016-DCV-3774) |
| Appellees. | § | |
| | § | |

**O R D E R**

On the Court's own motion, and pursuant to Tex.R.App.P. 39.1, the Court finds that oral argument in the above styled and numbered cause would not materially aid in the disposition of this cause, therefore, this case is scheduled to be submitted **without** oral argument on February 18, 2021.

IT IS SO ORDERED this 3rd day of February, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox, J. and Ferguson, Judge
(Ferguson, Judge, sitting by assignment)